AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

MAY - 5 2019

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Bilder Estiver Alfaro

**CRIMINAL COMPLAINT**

Case Number: M-19-1026-M

IAE  YOB: 1988
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___May 4, 2019___ in ___Starr___ County, in the ___Southern___ District of ___Texas___
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)
I further state that I am a(n) ___Senior Patrol Agent___ and that this complaint is based on the following facts:

Bilder Estiver Alfaro was encountered by Border Patrol Agents near Roma, Texas on May 4, 2019. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 04, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 04, 2011 through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On Novermber 13, 2009, the defendant was convicted Endangering-Abuse/Neglect/Sexual Act By Non-Caretacker and was sentenced to eighty-six (86) days confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 5, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

May 5, 2019                           4:02 p.m.

Peter E. Ormsby             , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Cipriano Shears
Signature of Complainant
Cipriano Shears      Senior Patrol Agent

*Pete E Ormsby*
Signature of Judicial Officer